# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALAN CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0943 |
| ) | Judge Trauger |
| PAM FREEMAN, Captain, COFFEE COUNTY ) | Magistrate Judge Knowles |
| SHERIFF'S DEPT., KAREN OWEN, Nurse, ) | |
| and STEVE GRAVES, Sheriff, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On December 8, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be transferred to the Winchester Division of the United States District Court for the Eastern District of Tennessee. (Docket No. 4) No timely objections have been filed. The plaintiff has filed a "Motion to Assist Plaintiff in the Delivery of All Court Documents to All of the Defendants" (Docket No. 6), but this document cannot be construed as objections to the Report and Recommendation, and it is **DENIED AS MOOT**.

The Report and Recommendation (Docket No. 4) is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that, pursuant to 28 U.S.C. § 1391(b), for the convenience of the parties and witnesses and in the interest of justice, this action is **TRANSFERRED** to the Winchester Division of the United States District Court for the Eastern District of Tennessee.

It is so **ORDERED.**

Enter this 10th day of January 2007.

ALETA A. TRAUGER
U.S. District Judge